# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEBRASKA
# LINCOLN DIVISION

| | |
|---|---|
| In Re: | Case No. 19-41379-TLS |
| Nicole Marie Schaefer<br>  *aka* Nicole M Schaefer<br>Andrew Arthur Schaefer<br>  *aka* Andy A Schaefer<br>  *aka* Andrew A Schaefer | Chapter 13 |
| Debtors. | Chief Judge Thomas L. Saladino |

## REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P. 2002(g)

Please take notice that D. Anthony Sottile, as authorized agent for Home Point Financial Corporation, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and §§102(1), 342 and 1109(b) of title 11 of the United States Code, and 11 U.S.C. §§ 101, et seq., that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or others on:

D. Anthony Sottile
Authorized Agent for Home Point Financial Corporation
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

| | |
|---|---|
| Dated: August 13, 2019 | /s/ D. Anthony Sottile<br>D. Anthony Sottile<br>Authorized Agent for Creditor<br>Sottile & Barile, LLC<br>394 Wards Corner Road, Suite 180<br>Loveland, OH 45140<br>Phone: 513.444.4100<br>Email: bankruptcy@sottileandbarile.com |

# **CERTIFICATE OF SERVICE**

I certify that on August 13, 2019, a copy of the foregoing Request for Service of Notices was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Patrick Patino, Debtors' Counsel
    patrickp@koenigdunne.com

    Kathleen Laughlin, Chapter 13 Trustee
    ecfclerk@ne13trustee.com

    Office of the United States Trustee
    ustpregion13.om.ecf@usdoj.gov

I further certify that on August 13, 2019, a copy of the foregoing Request for Service of Notices was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Nicole Marie Schaefer, Debtor
    5540 NW 118th Street
    Lincoln, NE 68524

    Andrew Arthur Schaefer, Debtor
    5540 NW 118th Street
    Lincoln, NE 68524

                                         /s/ D. Anthony Sottile
                                         D. Anthony Sottile
                                         Authorized Agent for Creditor
                                         Sottile & Barile, LLC
                                         394 Wards Corner Road, Suite 180
                                         Loveland, OH 45140
                                         Phone: 513.444.4100
                                         Email: bankruptcy@sottileandbarile.com